Case 2:14-cv-00129-RDP-JHE   Document 1   Filed 01/22/14   Page 1 of 4
CV-14-PT-0129-S

FILED
2014 Jan-22 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

2014 JAN 22  A 11: 14

Gregory D. Bullock
_____
_____
_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Cheryl Price
_____
_____
_____

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit

7. Approximate date of disposition

II. Place of present confinement **William E Donaldson Correctional Facility**

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )    No ( )

   C. If your answer is YES:

      1. What steps did you take?

      2. What was the result?

   D. If your answer is NO, explain why not?

III. Parties
     In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **Gregory D. Bullock**

      Address **100 Warrior Ln. Bessemer AL. 35023**

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Cheryh Price

   is employed as Warden

   at William E Donaldson Correctional Facility

C. Additional Defendants

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

ON 1-6-14 I was Sexually Assaulted, was held by another Inmate and made to have anal Intercourse while the officers were watching a Football Game and couldn't hear me hollering. Therefore the Defendant is responsible because she is Warden of the prison and is over Security and is Responsible for the officers doing there jobs. instead of watching T.V.

- 3 -

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

First: I want transfered to another prison ASAP because I fear for my life because I was told if I tell there will be a hit upon me at this prison.

Second: I want the amount of $20,000.00 for Lack of Security, pain & suffering, and Emotional stress, plus Cost of Any filing fees

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-14-14__
(date)

Gregory D. Bullock

Signature(s)