FILED
2015 May-15 AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY D. BULLOCK, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:14-cv-00129-RDP-JHE |
| WARDEN CHERYL PRICE, | } |
| Defendant. | } |

## MEMORANDUM OPINION

On April 14, 2015, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that all claims against Defendant be **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this May 15, 2015.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE